359 A.2d 910

COMMONWEALTH

v.

LAWSON, Appellant.

Submitted April 12, 1976. Lester G. Nauhaus, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Campbell, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.